Submitted on record and brief June 2, reversed June 20, 1978

ROBERT OROZCO, *Petitioner,*
*v.*
OREGON STATE PENITENTIARY, *Respondent.*
(No. 02-78-042, CA 10432)

579 P2d 905

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and William F. Nessly, Jr., Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

The respondent confesses error. Reversed.